IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Elliott, Exeline J | Case Number: 08 B 10094 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 4/23/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 12, 2009
Confirmed: July 7, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,184.00 | |
| Secured: | | 648.03 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,394.00 |
| Trustee Fee: | | 141.97 |
| Other Funds: | | 0.00 |
| Totals: | 2,184.00 | 2,184.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Defenders, P.C. | Administrative | 1,394.00 | 1,394.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | 77th St Depot Federal Credit Union | Secured | 1,217.07 | 72.86 |
| 4. | Countrywide Home Loans Inc. | Secured | 15,702.10 | 575.17 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 633.55 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 677.60 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 427.96 | 0.00 |
| 8. | Salute Visa | Unsecured | 366.33 | 0.00 |
| 9. | 77th St Depot Federal Credit Union | Unsecured | 4,790.62 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 522.95 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,602.28 | 0.00 |
| 12. | I C Systems Inc | Unsecured | 194.22 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 309.95 | 0.00 |
| 14. | HSBC | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| | | | $ 27,838.63 | $ 2,042.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 141.97 |
| | $ 141.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Elliott, Exeline J | Case Number:  08 B 10094 |
| | Judge:  Hollis, Pamela S |
| Printed: 02/24/09 | Filed:  4/23/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

*[signature]*